EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Arturo Pérez Guerrero | 2019 TSPR 3<br><br>201 DPR ____ |

Número del Caso: TS-11,477

Fecha: 12 de diciembre de 2018

Oficina del Procurador General:

Lcda. Rosa Elena Pérez Agosto
Procuradora General Auxiliar

Abogados del Promovido:

Lcdo. Mario Rodríguez Torres
Lcdo. Guillermo Figueroa Prieto

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | TS-11,477 |
| Arturo Pérez Guerrero | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de diciembre de 2018.

Evaluada la Moción de Reconsideración del 20 de noviembre de 2018, se provee ha lugar a efectos de modificar el término de suspensión, expuesto en la Opinión *Per Curiam* del 1 de noviembre de 2018, de un (1) año a seis (6) meses.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. Los Jueces Asociados señor Martínez Torres, señor Estrella Martínez y señor Colón Pérez proveerían no ha lugar. La Juez Asociada señora Rodríguez Rodríguez no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo